NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**J. JESUS RIOS,**

*Petitioner*

**v.**

**UNITED STATES CUSTOMS AND BORDER PROTECTION,**

*Respondent*

---

2024-1103

---

Petition for review of an arbitrator's decision in No. N/A by arbitrator.

---

## O R D E R

On August 28, 2024, the Court granted Respondent's motion to stay the appeal. The parties now submit a Joint Stipulation for Voluntary Dismissal, ECF No. 35. The parties having so agreed, it is ordered that:

(1) The stay is lifted.

(2) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    RIOS V. UNITED STATES CUSTOMS AND BORDER PROTECTION

(3)  Each side shall bear their own costs.

FOR THE COURT

April 7, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** April 7, 2025